### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>VYLETT R. WRIGHT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 25-cr-247STE<br>)  Violation: 18 U.S.C. § 111<br>)<br>)<br>)<br>) |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Assault)

On or about July 1, 2025, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 3430 Crane Avenue,

- - - - - - - - - - - - - - - VYLETT R. WRIGHT, - - - - - - - - - - - - - -

the defendant, did assault "S.M.," a police officer in the performance of her duties, by striking, beating, or wounding her.

All in violation of Title 18, United States Code, Section 111.

Dated this 1st day of July, 2025.

ROBERT J. TROESTER
United States Attorney

_____
KAI A. MEADE
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
(580) 442-3900