AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
### Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br><br> VYLETT R. WRIGHT | **JUDGMENT IN A CRIMINAL CASE** <br><br> Case Number: 25-cr-247STE <br><br> USM Number: <br><br> CLAY HILLIS <br> Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §111 | Assault on Police Officer, a Class A misdemeanor | 7/1/2025 | 1 |

   The defendant is sentenced as provided in pages 1 through ___1___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) ___(1)___     ☑ is    ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/23/2025
_____
Date of Imposition of Judgment

*Shon t. Erwin*
_____
Signature of Judge


SHON T. ERWIN, U.S. MAGISTRATE JUDGE
_____
Name and Title of Judge

7/23/2025
_____
Date